IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FETU KOLIO; KAZNER ALEXANDER; and FRANCES WONG, individually and on behalf of a class of past, present, and future residents of Mayor Wright Housing,<br><br>    Plaintiffs,<br><br>    vs.<br><br>State of Hawaii; Hawaii Public Housing Authority; Denise Wise In Her Official Capacity as Executive Director of the Hawaii Public Housing Authority; and Does 1-20.,<br><br>    Defendants.<br>_____ | 1:11-CV-00266-LEK -RLP<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on August 28, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Deny Plaintiffs' Motion for Class Certification " are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 25, 2012.



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**FETU KOLIO, ET AL. V. STATE OF HAWAII, ET AL; CIVIL NO. 11-00266 LEK-RLP; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**